AO 91 (Rev. 11/11) Criminal Complaint

SAUSA Tobias
AUSA Grey

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| James Earl Gibson | ) Case No. 2:18-mj-893 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 20__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
Complainant's signature

Samuel Chappell ATF TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 12-7-18

_____
Judge's signature

City and state: Columbus Ohio

**Chelsey M. Vascura, U.S. Magistrate Judge**
Printed name and title

**PROBABLE CAUSE AFFIDAVIT**
**James E GIBSON**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. On or about January 15, 2008, James E GIBSON (hereinafter GIBSON) pleaded guilty to one count of Robbery a felony of the 3rd degree (criminal Case Number 07CR002703) in the Franklin County, Ohio Court of Common Pleas.

3. On or about October 17, 2011 GIBSON pleaded guilty to one count of Felonious Assault a felony of the 2nd degree (criminal Case Number 11CR002293) in the Franklin County, Ohio Court of Common Pleas.

4. On or about October 17, 2011 GIBSON pleaded guilty to two counts of Robbery a felony of the 2nd degree (criminal Case Number 11CR004269) in the Franklin County, Ohio Court of Common Pleas.

5. On or about November 20, 2018 Columbus Ohio Division of Police SWAT Officers were attempting to serve a felony warrant for James ALEXANDER, a white male, 22 years old, at 727 S Warren Ave. Columbus, Ohio. After watching several people enter the residence Swat Officers knocked at the door. Several people then exited the house. James ALEXANDER was not one of them. Anthony FIHE was among the people who exited the home. Mr. FIHE signed a consent for officers to search the home.

6. During a search of the home while searching the basement closet, SWAT officers observed an arm with tattoos underneath a pile of clothes in the closet. The person, subsequently identified as James E GIBSON, was ordered out of the closet. Once GIBSON had been detained, Officers observed a loaded pistol magazine on a shelf in the closet. Officers also found a loaded FEG Hungary 9x18mm pistol, serial # L051875, in the closet, underneath the place where GIBSON had been hiding.

7. It was determined that the aforementioned firearms seized from GIBSON on or about November 20, 2018 were NOT manufactured in the State of Ohio and therefore travelled in interstate commerce to reach the State of Ohio.

8. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**James E GIBSON**

9. Based on this information, your affiant believes probable cause exists that GIBSON possessed a firearm after having been convicted of a crime punishable by more than one-year incarceration, in violation of 18 U.S.C. 922(g)(1).

_____
Sam Chappell ATF TFO

Sworn to and subscribed before me this day of __7__, __December__, at _____ Columbus, Ohio.

_____
**U.S. MAGISTRATE JUDGE VASCURA**